
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. LAGUER,<br><br>    Plaintiff,<br><br>    v.<br><br>H. ARREOLA, et al.,<br><br>    Defendants. | No. 1:24-cv-00979-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Docs. 18, 19 |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1)(B) and Local Rule 302.

On May 16, 2025, the assigned magistrate judge issued findings and recommendations to deny plaintiff's motion for a preliminary injunction enjoining his transfer to a different prison facility following his May 2025 transfer to Mule Creek State Prison. Doc. 19. Specifically, the findings and recommendations found that the Court lacks personal jurisdiction over prison officials at Mule Creek State Prison, as the named defendants in plaintiff's action are prison officials from plaintiff's prior place of incarceration. *Id.* at 3. Additionally, the findings and recommendations found that plaintiff's claimed injury fails to bear any nexus with the alleged injuries in the operative complaint, and that his injury is speculative. *Id.* at 4. The findings and

recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 5. Plaintiff has not filed objections, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on May 16, 2025, Doc. 19, are adopted in full; and
2. Plaintiff's motion for a preliminary injunction, Doc. 18, is denied.

IT IS SO ORDERED.

Dated:   June 23, 2025

_____
UNITED STATES DISTRICT JUDGE

2