UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. LAGUER,<br><br>       Plaintiff,<br><br>   v.<br><br>H. ARREOLA, et al.,<br><br>       Defendants. | No.  1:24-cv-00979-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE, GEORGE A. LAGUER, CDCR #F-28681 |

A settlement conference in this matter commenced on November 20, 2025.  Inmate George A. Laguer, CDCR #F-28681, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **November 20, 2025**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

1