# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A LAGUER,<br><br>          Plaintiff,<br><br>     v.<br><br>PANTOJA, et. al,<br><br>          Defendants. | Case No.  1:24-cv-979 KES-SAB (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 31) |

The Court conducted a settlement conference in this action on November 20, 2025, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within forty-five (45) days of entry of this order.

IT IS SO ORDERED.

Dated:   **November 20, 2025**          _____/s/ *Barbara A. McAuliffe*_____
                                              UNITED STATES MAGISTRATE JUDGE